IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| T. PETER TAGUE, D.C. : | |
| : | C.A. NO. 08-720 - CMR |
| On Behalf Of Himself And All : | |
| Others Similarly Situated, : | |
| : | CLASS ACTION |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| MPMSoft : | |
| : | |
| Defendant. : | |

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff T. Peter Tague, DC, by his undersigned counsel, hereby voluntarily dismisses the above-captioned action without prejudice.

Dated: December 1, 2008         /s/ Ann M. Caldwell
                                Ann M. Caldwell
                                CALDWELL LAW OFFICE LLC
                                108 W. Willow Grove Ave., Ste. 300
                                Philadelphia, PA 19118
                                (215) 248-2030
                                (215) 248-2031 (fax)

                                Counsel for Plaintiff
                                T. Peter Tague, DC